No. 610. SULLIVAN, TAX COMMISSIONER OF CONNECTICUT, ET AL. *v.* UNITED STATES ET AL. Appeal from C. A. 2d Cir. Probable jurisdiction noted. *Robert K. Killian,* Attorney General of Connecticut, and *F. Michael Ahern, Ralph G. Murphy,* and *Richard A. Gitlin,* Assistant Attorneys General, for appellants. *Solicitor General Griswold* for the United States. Brief of *amici curiae,* in support of appellants, was filed by: *MacDonald Gallion,* Attorney General, and *Willard W. Livingston* for the State of Alabama; *Duke W. Dunbar,* Attorney General, and *Aurel M. Kelly,* Assistant Attorney General, for the State of Colorado; *Arthur K. Bolton,* Attorney General, and *William L. Harper,* Assistant Attorney General, for the State of Georgia; *John B. Breckinridge,* Attorney General, and *William F. Riley,* Assistant Attorney General, for the State of Kentucky; *James S. Erwin,* Attorney General, and *John R. Doyle,* Assistant Attorney General, for the State of Maine; *Francis B. Burch,* Attorney General, and *Jon. F. Oster,* Assistant Attorney General, for the State of Maryland; *Elliot L. Richardson,* Attorney General, and *Alan J. Dimond,* Assistant Attorney General, for the State of Massachusetts; *Frank J. Kelley,* Attorney General, and *Maurice Barbour,* Assistant Attorney General, for the State of Michigan; *Douglas M. Head,* Attorney General, for the State of Minnesota; *Norman H. Anderson,* Attorney General, and *Walter W. Nowotny, Jr.,* Assistant Attorney General, for the State of Missouri; *Ralph H. Gillan,* Assistant Attorney General, for the State of Nebraska; *Harvey Dickerson,* Attorney General, for the State of Nevada; *Thomas Wade Bruton,* Attorney General, and *Robert L. Gunn,* Assistant Attorney General, for the State of North Carolina; *William C. Sennett,* Attorney General, and *Edward T. Baker,* Deputy Attorney General, for the State of Pennsylvania; *Crawford C. Martin,* Attorney General, *Nola White,* First Assistant

Attorney General, *Kerns B. Taylor,* Assistant Attorney General, and *A. J. Carubbi, Jr.,* Executive Assistant Attorney General, for the State of Texas; *Robert Y. Button,* Attorney General, and *M. Harris Parker,* Assistant Attorney General, for the State of Virginia; *James Barrett,* Attorney General, for the State of Wyoming; and the States of Louisiana and Oklahoma. 